**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| SHARON D. MABON MILLS, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | )    No. 2:20-cv-02830-SHL-tmp |
| MEMPHIS LIGHT GAS & WATER, a division of the City of Memphis, | ) ) |
|     Defendant. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT**

Before the Court is Magistrate Judge Annie T. Christoff's Report and Recommendation to Dismiss Complaint for Insufficient Service, (ECF No. 8), filed May 20, 2021, recommending that the Court dismiss Plaintiff's Complaint, (ECF No. 1).

A magistrate judge may submit to a judge of the court proposed findings of fact and recommendations for dismissal of a complaint for failure to state a claim. 28 U.S.C. § 636(b)(1)(B). "Within 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2); see also 28 U.S.C. § 636(b)(1) (2017). A district court reviews de novo only those proposed findings of fact or conclusions of law to which a party specifically objects; the rest are reviewed for clear error. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Plaintiff has not objected to the Magistrate Judge's Report and Recommendation. (ECF No. 8.) The time to do so has expired. The Court has reviewed the Report for clear error and finds none. Therefore, the Court **ADOPTS** the Magistrate Judge's Report and **DISMISSES** the Complaint without prejudice.

**IT IS SO ORDERED,** this 14th day of June, 2021.

s/ Sheryl H. Lipman<br>
SHERYL H. LIPMAN<br>
UNITED STATES DISTRICT JUDGE